# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Bernard Murff Jr.                          Case Number: 1:21CR00028-01

Name of Sentencing Judicial Officer: The Honorable Hala Y. Jarbou
                                     Chief U.S. District Judge

Date of Original Sentence: June 23, 2021

Original Offense: Counts 1 and 2: Distribution of Fentanyl; 21 U.S.C. § 841(a)(1), (b)(1)(C)

   Count 3: Felon in Possession of a Firearm; 18 U.S.C. § 922(g)(1)

Original Sentence: 48 months imprisonment and 3 years supervised release. Special Conditions: (1) substance abuse treatment/testing; (2) controlled substances only as prescribed, no marijuana or dispensaries; (3) no alcohol, no bars; (4) financial disclosure; (5) community service if not employed full-time; (6) search with reasonable suspicion of a violation and (7) no handgun replicas. Special Assessment, $300.00 (balance: $195.00). Fine, $1,500.00 (balance: $1,500.00).

Type of Supervision: Supervised Release              Date Supervision Commenced: July 9, 2024
                                                     Expiration Date: July 8, 2027

Assistant U.S. Attorney: B. Rene Shekmer              Defense Attorney: Parker Douglas

---

### PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that Mr. Murff, Jr. has violated the following condition of supervision:

**Violation Number 1**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

On or about July 23, 2025, Mr. Murff Jr. committed the crime of Felon in Possession of a Firearm, a felony, in violation of 18 U.S.C. § 922(g)(1), punishable by up to 15 years imprisonment and/or a $250,000.00 fine.

**Violation Number 2**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

On or about July 23, 2025, Mr. Murff Jr. committed the crime of Felon in Possession of Ammunition, a felony, in violation of 18 U.S.C. § 922(g)(1), punishable by up to 15 years imprisonment and/or a fine of not more than $250,000.00.

**Violation Number 3**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

On or about July 23, 2025, Mr. Murff Jr. committed the crime of Carrying Concealed Weapon, a felony in violation of MCL 750.227, punishable by up to 5 years imprisonment and/or a fine of not more than $2,500.00.

**Violation Number 4**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

On or about July 23, 2025, Mr. Murff Jr. committed the crime of Possessing a Stolen Firearm, a felony violation of MCL 750.535b, punishable by up to 10 years imprisonment and/or a fine of not more than $5,000.00.

**Violation Number 5**

**Standard Condition Number 10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

On or about July 23, 2025, Mr. Murff Jr., possessed a firearm and ammunition.

**Nature of Noncompliance for Violations 1 - 5**

According to an incident report from the Kalamazoo Department of Public Safety (KDPS) Kalamazoo, Michigan, on July 23, 2025, officers executed a search warrant on Mr. Murff, Jr.'s apartment, as part of an ongoing investigation into a murder that occurred on July 4, 2025. While officers were surveilling his residence, Mr. Murff Jr. and his girlfriend left the residence and entered a Chevrolet Impala. Mr. Murff Jr. had a backpack strapped over his shoulders, and as he entered the vehicle on the passenger side, he took that backpack off, and placed it on his lap. KDPS officers then conducted a traffic stop on the vehicle.

As officers approached the vehicle, they noticed the backpack was on the floor, behind the driver's seat. Officers retrieved the backpack and could feel something that they believed to be a firearm. Officers opened the backpack and observed several packages of commercially sold marijuana and a black .45 caliber Taurus 1911 handgun. The backpack was secured, along with two cellular telephones taken from the passenger side of the vehicle. A digital scale was also seized during the search of the vehicle. Mr. Murff Jr. was arrested and taken to the backseat of the patrol vehicle.

Mr. Murff Jr. was questioned by law enforcement officers and acknowledged possessing the firearm. He stated he possessed the firearm to protect himself because there were people in the community trying to kill him.

KDPS officers ran the firearm through the Law Enforcement Information Network (LEIN) and discovered it was stolen out of the Kalamazoo County Sheriff's Office on June 10, 2009.

KDPS requested the charges of Carrying Concealed Weapon, Felon in Possession of a Firearm, Felon in Possession of Ammunition, Stolen Firearm, and two charges of Felony Firearm.

Mr. Murff was transported to Kalamazoo County Jail. He is scheduled for an arraignment at the 8th District Court in Kalamazoo on July 25, 2025, under Case Number 2025-25-01385. Mr. Murff Jr. was charged with Carrying Concealed Weapon, Felon in Possession of a Firearm, Felon in Possession of Ammunition and two counts of Felony Firearm.

**Violation Number 6**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

On or about July 8 and July 23, 2025, Mr. Murff Jr. possessed marijuana, in violation of 21 U.S.C. § 844(a), punishable by not less than 90 days but not more than three years imprisonment and a minimum fine of $5,000.00, based on two or more prior drug convictions.

**Violation Number 7**

**Special Condition Number 2: You must not use or possess any controlled substances without a valid prescription. If you have a valid prescription, you must follow the instructions on the prescription. You must not possess, use, or sell marijuana or any marijuana derivative (including any product containing cannabidiol (CBD) or THC) in any form (including edibles) or for any purpose (including medical purposes). You are also prohibited for entering any marijuana dispensary or grow facility.**

On or about July 8, 2025, Mr. Murff Jr. used marijuana.

**Nature of Noncompliance for Violations 6-7**

On July 8, 2025, Mr. Murff Jr. submitted a urine sample for random drug testing to the Kalamazoo Probation Enhancement Program (KPEP), in Kalamazoo. The sample was sent to the Regional Drug Test Laboratory where it tested presumptive positive for marijuana. The sample was forwarded to Alere Toxicology, Gretna, Louisianna, and confirmed positive for marijuana. Mr. Murff was also found in possession of marijuana when his vehicle was searched on July 23, 2025.

**Previous Violations**

- **August 23, 2024:** Report to the Court that Mr. Murff tested positive for marijuana. The Court agreed with the probation officer's recommendation for no action and continued Mr. Murff on supervised release.

**U.S. Probation Officer Recommendation:**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2025

Approved,                                   Respectfully submitted,

by  /s/ Ashley M. Smith                     by  /s/ Alexander T. Kellogg
    Ashley M. Smith                             Alexander T. Kellogg
    Supervisory U.S. Probation Officer          U.S. Probation Officer
    Date: July 25, 2025                         Date: July 25, 2025

THE COURT ORDERS:

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Other

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

July 25, 2025
Date

4